IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARWIN F. C. S., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-73-E-BN |
| | § | |
| PAM BONDI, ET AL., | § | |
| | § | |
| Respondents. | § | |

**ORDER REGARDING FILINGS AFTER INTERDISTRICT TRANSFER**

In a soon-to-be-entered order, the Court will transfer this case to the United States District Court for the Western District of Texas.

Plaintiff is advised that any motions or other documents, briefs, or the like filed after this case is transferred must be filed in the San Antonio Division of the Western District of Texas.

SO ORDERED.

DATED: January 14, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE